# Exhibit E



Northeast Case Management Center
Heather Santo
Assistant Vice President
950 Warren Avenue
East Providence, RI 02914
Telephone: (866) 293-4053
Fax: (866) 644-0234

July 26, 2016

Lawrence R. Sandak, Esq.  
Proskauer Rose LLP  
1 Newark Center  
Newark, NJ 07102  
Via Email to: lsandak@proskauer.com

Christopher W. Hager, Esq.  
Niedweske Barber, LLC  
98 Washington Street  
Morristown, NJ 07960  
Via Email to: chager@n-blaw.com

Case Number: 01-16-0002-9429

Hermes of Paris, Inc.
-and-
Matthew Swain

Dear Counsel:

This will acknowledge receipt on July 20, 2016 of a Request for Mediation dated July 19, 2016, between the above named parties. This will confirm that parties have agreed to the mediation process.

This case will be administered under the American Arbitration Association's Employment Mediation Procedures, as amended and in effect March 1, 2016, which may be obtained on our website at www.adr.org.

The cost of mediation is based on the hourly or daily mediation rate published on the mediator's AAA profile. In addition, the parties will be assessed an administrative fee for the AAA's services of $75 for each hour charged by the mediator. There is a four-hour or one-half day minimum charge for a mediation conference. Expenses referenced in Section M-17 of the Mediation Procedures may also apply.

Enclosed is a list of proposed mediators and their respective resumes. The parties are encouraged to agree on a mediator and advise the Association of their agreement on or before August 1, 2016. If the parties are unable to agree upon a mediator each party shall have until August 8, 2016 in which to strike names objected to, number the remaining names in order of preference, and return the list to the AAA. If a party does not return the list within the time specified all persons listed shall be deemed acceptable.

**Alfred Feliu**  
**Roger Jacobs**  
**Jack Levin**  
**Abigail Pessen**  
**Sara Sheinkin Kula**

As a reminder, there is a four-hour or one half-day minimum charge for any mediation conference held. If the matter is withdrawn, cancelled, or results in a settlement prior to the mediation conference, the cost of the AAA's services is $250, plus any mediator time and charges incurred, including the mediator's cancellation fee, if applicable. These costs shall be borne by the initiating party unless the parties agree otherwise.

We appreciate the selection of the American Arbitration Association as your ADR provider. Please contact the undersigned if you have any questions.

Sincerely,
Frank R. Binda (on behalf of)
Joanne Saint-Louis
Director
Direct Dial: (401) 431-4777
Email: joannesaintlouis@adr.org
Fax: (866) 644-0234

Enclosure