**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HERMÈS OF PARIS, INC.,

                      Petitioner,                  16 **CIVIL** 6255 (CM)

        -against-                              **JUDGMENT**

MATTHEW SWAIN,

                    Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 16, 2020, Hermès's petition to confirm the arbitration award and to enjoin Swain from pursuing further litigation against it arising from his employment is granted; Swain's cross petition to vacate the arbitration award is denied; accordingly, this case is closed.

**Dated**: New York, New York
          September 17, 2020

                                              RUBY J. KRAJICK
                                          _____
                                              **Clerk of Court**
                                  BY: _____
                                              **Deputy Clerk**